IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
IN OPEN COURT
JUL 28 2011
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 1:11cr358 |
| ) | |
| AHMER ASLAM ) | Count 1: 18 U.S.C. §§ 659 & 21 |
| a/k/a "DON," ) | Purchase, Receipt, and Possession of |
| ) | Electronics Stolen from Interstate Carrier |
| Defendant. ) | |
| ) | Count 2: 18 U.S.C. §§ 2315 & 21 |
| ) | Receipt of Stolen Goods |

## INDICTMENT

July 2011 Term - at Alexandria, Virginia

### COUNT 1

THE GRAND JURY CHARGES THAT:

On or about May 25, 2011, in Arlington County, Virginia, within the Eastern District of Virginia, the defendant, AHMER ASLAM, also known as "DON," knowingly purchased, received, and possessed goods, namely electronics, knowing they were stolen from an interstate carrier.

(In violation of Title 18, United States Code, Sections 659 and 21.)

## COUNT 2

THE GRAND JURY FURTHER CHARGES THAT:

On or about May 25, 2011, in Arlington County, Virginia, within the Eastern District of Virginia, the defendant, AHMER ASLAM, also known as "DON," knowingly received and possessed goods of the value of $5,000 or more, namely electronics, which had crossed a State boundary after being stolen, unlawfully converted, and taken, knowing the same to have been stolen, unlawfully converted, and taken.

(In violation of Title 18, United States Code, Sections 2315 and 21.)

A TRUE BILL

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

_____
Foreperson

Neil H. MacBride
United States Attorney

By: _____
Justin E. Fairfax
Assistant United States Attorney